# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH ROSE,

            Plaintiff,

   v.

LAUSD, *et al.*,

            Defendants.

Case No. 5:25-cv-02089-CV (ADS)

**ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**[DOC. # 62]**

-1-

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated February 26, 2026, (Doc. # 62), Plaintiff's Objections to the R&R ("Objections"), (Doc # 65), and all related documents. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made.  The Court accepts the findings and recommendations of the Magistrate Judge. To the extent that Plaintiff seeks recusal of the District Judge in this case, the Court has denied this request (Doc. # 50) and hereby finds Plaintiff's subsequent requests for reconsideration without merit. *See* Doc. ## 52, 53.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation (Doc. # 62), is ACCEPTED;

2. Defendant's Motion to Dismiss (Doc. # 42) is GRANTED;

3. The case is DISMISSED WITHOUT LEAVE TO AMEND;

4. Plaintiff's claims 1, 2, 3, 5, and 6 are DISMISSED WITH PREJUDICE;

5. Plaintiff's claims 4, 7, 8, 9, 10, 11, 12, 13, and 14 are DISMISSED WITHOUT PREJUDICE;

6. All other pending matters are hereby TERMINATED; and

7. Judgment is to be entered accordingly.

**IT IS SO ORDERED.**

Dated: March 3, 2026

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

-2-