# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH ROSE,

     Plaintiff,

   v.

LAUSD, *et al.*,

     Defendants.

Case No. 5:25-cv-02089-CV (ADS)

**JUDGMENT  [JS-6]**

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case DISMISSED in its entirety WITHOUT LEAVE TO AMEND. Plaintiff's claims 1, 2, 3, 5, and 6 are DISMISSED WITH PREJUDICE. Plaintiff's claims 4, 7, 8, 9, 10, 11, 12, 13, and 14 are DISMISSED WITHOUT PREJUDICE.

Dated: March 6, 2026

*Cynthia Valenzuela*

_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

-1-